**FILED**
CLERK, U.S. DISTRICT COURT

3/12/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ TV _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2024 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>MILTON ANTHONY STEWART,<br><br>       Defendant. | CR No. 2:24-cr-00166-SB<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1542: False Statement in a Passport Application] |

The Grand Jury charges:

[18 U.S.C. § 1542]

On or about March 29, 2018, in Los Angeles County, within the Central District of California, defendant MILTON ANTHONY STEWART knowingly and willfully made a false statement in an application for renewal of a United States passport, with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that, in such application, defendant STEWART stated that his name was J.E.M., his birthdate was in June 1968, and his place of birth was Elaine, Arkansas, and defendant STEWART provided a false social security

number, whereas, in fact, as defendant STEWART then knew, his name
was not J.E.M., his birthdate was not in June 1968, his place of
birth was not Elaine, Arkansas, and the social security number he
provided did not belong to him.


                                    A TRUE BILL


                                         /s/
                                    _____
                                    Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division


SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

BENEDETTO L. BALDING
Assistant United States Attorney
Deputy Chief, General Crimes
Section

SARAH E. SPIELBERGER
Assistant United States Attorney
General Crimes Section